(October 14, 1980)

In the Matter of GLORIA DAVIS, Respondent, v ANTHONY SADOWSKI et al., Respondents, and ESTELLA B. DIGGS, Respondent-Appellant.—Judgment, Supreme Court, Bronx County, entered on or about October 8, 1980, unanimously affirmed, without costs and without disbursements. Permission is granted appellant for leave to appeal to the Court of Appeals and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. No opinion. Concur—Kupferman, J. P., Fein, Sandler, Sullivan and Bloom, JJ.